USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/4/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
WHAM-O HOLDING, LTD. and INTERSPORT   :
CORP. d/b/a WHAM-O,                    :
                                      :
                        Plaintiffs,   :
            -against-                 :
                                      :        26-CV-3575 (VEC)
                                      :
THE INDIVIDUALS, CORPORATIONS,        :        ORDER
LIMITED LIABILITY COMPANIES,          :
PARTNERSHIPS, AND UNINCORPORATED      :
ASSOCIATONS IDENTIFIED ON SCHEDULE    :
A TO THE COMPLAINT,                   :
                                      :
                        Defendants.   :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 30, 2026, Plaintiffs WHAM-O Holding, Ltd. and Intersport Corp. d/b/a WHAM-O filed the instant action against "the Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint" (collectively, "Defendants"), *see* Compl., Dkt. 1;

WHEREAS the Complaint states that Defendants are identified on "Schedule A" attached thereto, *see id.* ¶¶ 2, 27, 3; and

WHEREAS "Schedule A" was not included with the filing at Dkt. 1;

IT IS HEREBY ORDERED that not later than **Wednesday, May 6, 2026**, Plaintiffs must file, via ECF, (i) "Schedule A," and (ii) any other exhibits that were erroneously excluded from the filing at Dkt. 1.[1]

///

///

---

[1]    *E.g.*, "Exhibit 3."  *See* Compl. ¶ 28.

**SO ORDERED.**

**VALERIE CAPRONI**
**United States District Judge**

**Date:  May 4, 2026**
**New York, New York**