**WHITEWOOD LAW**
YOUR INNOVATION, OUR EXPERTISE

**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    5/13/2026

May 12, 2026
Hon. Valerie E. Caproni
Courtroom 20C
United States Courthouse
500 Pearl Street
New York, New York, 10007

**MEMO ENDORSED**

### MOTION FOR EXTENSION OF TRO AND TO CONTINUE
### SHOW CAUSE HEARING FOR A PRELIMINARY INJUNCTION

Re: WHAM-O Holding, LTD et al v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint. Case No. 2:26-cv-3575

Dear Hon. Judge Caproni,

I am Counsel for Plaintiffs WHAM-O Holding, LTD and Intersport Corp. in this matter.

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders, Plaintiffs WHAM-O Holding, LTD and Intersport Corp. ("Plaintiffs") seek to extend the Temporary Restraining Order entered by the Court on May 5, 2026 ("TRO") [Dkt. 19] for a period of fourteen (14) days until June 2, 2026. The Court has set a Show Cause Hearing for a Preliminary Injunction on May 15, 2026 at 02:30 PM. Defendants' Show Cause Response was due May 14, 2026 at 12:00 p.m.

On May 6, 2026, the TRO was served on the third parties who are providing online services to the Defendants. So that funds are available to compensate Plaintiff for the extensive infringement it has suffered, Plaintiffs plan to freeze financial accounts identified by the third parties in accordance with the TRO. As of May 12, 2026, all third parties have *not* completed effectuating the TRO, and Plaintiffs need time to process the third-party responses and effectuate service of process on Defendants and allow Defendants sufficient time to prepare a response or opposition prior to any show cause hearing.

Pursuant to Federal Rule of Civil Procedure 65, a TRO can be entered for 14 days and can be extended for good cause for an additional 14 days. Fed. R. Civ. P. 65(b)(2). There is good cause to extend the TRO because there is a high probability the Defendants will continue to harm Plaintiffs without the TRO remaining in place. Specifically, Defendants will likely attempt to move any assets from their financial accounts to offshore accounts beyond this Court's jurisdictional reach. As discussed in Plaintiffs' Memorandum in Support of their Ex Parte Motion for Entry of a Temporary Restraining Order, and as found by the Court in granting the TRO, this possibility of harm is significant. Accordingly, in the interest of justice, extension of the TRO is necessary.

In light of the above, Plaintiffs respectfully requests that the TRO be extended for a period of fourteen (14) days until June 2, 2026. Show Cause Hearing for a Preliminary

1



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

Injunction is to be continued on June 2, 2026. Defendants' Show Cause Response is extended to June 1, 2026 at 12:00 p.m..

Dated: May 12, 2026                    Respectfully submitted,

                                       _/s/ Shengmao Mu_
                                       Shengmao Mu
                                       NY No. 5707021
                                       **WHITEWOOD LAW PLLC**
                                       57 West 57th Street, 3rd and 4th Floors
                                       New York, NY, 10019
                                       Telephone: (917) 858-8018
                                       Email: smu@whitewoodlaw.com

                                       _Counsel for Plaintiffs_

Application GRANTED in part.  The show cause hearing scheduled for Friday, May 15, 2026, is hereby ADJOURNED to **Thursday, May 28, 2026, at 2:30 P.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at which Plaintiffs may present their arguments in support of their request for issuance of a preliminary injunction.  At such time, any Defendants may also be heard as to opposition to Plaintiff's application.

It if further ORDERED that opposing papers, if any, shall be filed and served on or before **Tuesday, May 26, 2026**.

For GOOD CAUSE SHOWN, and pursuant to Fed. R. Civ. P. 65(b)(2), the Temporary Restraining Order entered without notice at 2:30 P.M. on Tuesday, May 5, 2026, and all provisions therein, _see_ Dkt. 19, shall remain in effect until **Tuesday, June 2, 2026, at 2:30 P.M.**

Plaintiff must **promptly** serve all Defendants with this Order consistent with the service requirements outlined in the Temporary Restraining Order.

SO ORDERED.

_Valerie Caproni (signature)_                    5/13/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2