**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WHAM-O HOLDING, LTD. AND INTERSPORT CORP. D/B/A WHAM-O,<br><br>            Plaintiffs,<br><br>v.<br><br> DAOTONG, et al.,<br><br>            Defendants. | Civil Action No. 26-cv-3575 |

**CERTIFICATE OF SERVICE**

I, Shengmao Mu, declare as follows:

1.      I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2.      I am an attorney at law, duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York. I am one of the attorneys for Plaintiffs Wham-O Holding, Ltd. and Intersport Corp d/b/a Wham-O ("Plaintiffs"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

3.      On May 5, 2026, Plaintiffs received an ECF notice that the Temporary Restraining Order ("TRO") was granted permitting Plaintiffs to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO and relevant documents on a website and by sending an e-mail to the e-mail

1

addresses provided for Defendants by third parties that includes a link to said website. ECF No. 19.

4.    I hereby certify that on May 21, 2026, I or somebody under my direction electronically published the Complaint, TRO, all signed Orders and scheduling orders, and all other documents on a website.

5.    I hereby certify that on May 21, 2026, I or somebody under my direction sent an e-mail that includes a link to said website to the e-mail addresses provided by third party service providers and disclosed by Defendants, notifying the Defendants of the hearing on Plaintiffs' request for preliminary injunction scheduled for May 28, 2026 at 2:30 P.M. in Courtroom 20C, 500 Pearl Street, New York, NY.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2026                              Respectfully submitted,

                                                 */s/ Shengmao Mu*
                                                 Shengmao Mu
                                                 NY No. 5707021
                                                 **WHITEWOOD LAW PLLC**
                                                 57 West 57th Street, 3rd and 4th Floors
                                                 New York, NY, 10019
                                                 Telephone: (917) 858-8018
                                                 Email: smu@whitewoodlaw.com

                                                 *Counsel for Plaintiff*

2