USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/29/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

WHAM-O HOLDING, LTD. and INTERSPORT    :
CORP. d/b/a WHAM-O,                     :
                                       :
                          Plaintiffs,  :
              -against-                :
                                       :         26-CV-3575 (VEC)
                                       :
THE INDIVIDUALS, CORPORATIONS,         :         SCHEDULING ORDER
LIMITED LIABILITY COMPANIES,           :
PARTNERSHIPS, AND UNINCORPORATED       :
ASSOCIATONS IDENTIFIED ON SCHEDULE     :
A TO THE COMPLAINT,                    :
                                       :
                          Defendants.  :

---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties appear for a status conference on **Friday, December 4, 2026, at 10:00 A.M.**  The conference will take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that not later than **Wednesday, November 25, 2026**, the parties must submit a joint letter, not to exceed three (3) pages, apprising the Court of the status of this case and proposing next steps.

**SO ORDERED.**

**Date:  May 29, 2026**                          _____
**        New York, New York**                   **VALERIE CAPRONI**
                                                 **United States District Judge**