USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/15/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# MEMO ENDORSED

WHAM-O HOLDING, LTD. AND
INTERSPORT CORP. D/B/A WHAM-O,

Civil Action No. 26-cv-3575

          Plaintiff,

v.

DAOTONG, et al.,

          Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendant identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|:---:|:---:|
| hipal | 3 |

Each party shall bear their own attorney's fees and costs. Defendant has not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

The case shall remain against other named Defendants identified in Schedule A to the Complaint.

1

Date: June 12, 2026

Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiffs*

---

Application GRANTED.  Defendant hipal, Doe No. 3 (Amazon Seller ID: A3JVGYYSECXI86), *see* Schedule A, Dkt. 28 at 7, is hereby DISMISSED WITHOUT PREJUDICE.  The Clerk of Court is respectfully directed to terminate hipal as a party to this action.


SO ORDERED.

6/15/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2