AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O<br>*Plaintiff(s)*<br>v.<br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT<br>*Defendant(s)* | ) | Civil Action No. 26-cv-03575 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/12/2026

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*



## SCHEDULE A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | DISMISSED | DISMISSED | DISMISSED |
| 2 | GCSM-US | Amazon | A1TX5C8ZIMRO0B |
| 3 | DISMISSED | DISMISSED | DISMISSED |
| 4 | DISMISSED | DISMISSED | DISMISSED |
| 5 | MATERIALS | Amazon | A3MR3890K3PXYZ |
| 6 | DISMISSED | DISMISSED | DISMISSED |
| 7 | Shanghai Taisi Electronics Co., Ltd. | Amazon | A1L62OMTFPJLLM |
| 8 | Shenchu | Amazon | AXLSTS3D95GEV |
| 9 | DISMISSED | DISMISSED | DISMISSED |
| 10 | DISMISSED | DISMISSED | DISMISSED |
| 11 | DISMISSED | DISMISSED | DISMISSED |
| 12 | DISMISSED | DISMISSED | DISMISSED |
| 13 | changshashiqiangwu | Walmart | 102515771 |
| 14 | ChenHao1689 | Walmart | 102787643 |
| 15 | cuili pu | Walmart | 102862079 |
| 16 | dinglejianzhugongchengjixie | Walmart | 102514282 |
| 17 | dongguandongchengwanruomian | Walmart | 102493815 |
| 18 | DISMISSED | DISMISSED | DISMISSED |
| 19 | DISMISSED | DISMISSED | DISMISSED |
| 20 | GuangZhouHengXinShangMaoYouXianGongSi | Walmart | 101631096 |
| 21 | guangzhouyuwei | Walmart | 101625789 |
| 22 | huanatuo19930119 | Walmart | 102487155 |
| 23 | huozhuangdianzishangwu's | Walmart | 102793528 |
| 24 | jiaojiaoyu | Walmart | 102485440 |
| 25 | JIE ZI | Walmart | 102880560 |
| 26 | l1xkyf8foz7k0as | Walmart | 102488991 |
| 27 | lixingxinxin1 | Walmart | 101626068 |
| 28 | Love Phone Phone | Walmart | 102518602 |
| 29 | LUODU | Walmart | 101677799 |
| 30 | MingVogue | Walmart | 102792586 |
| 31 | Miracle Trading Company | Walmart | 101662048 |
| 32 | qu9998851844177 | Walmart | 102492413 |
| 33 | Rodolfo Saria | Walmart | 102853488 |
| 34 | RTIOEWT | Walmart | 102480708 |
| 35 | shenglindawujinzhipin | Walmart | 102492580 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 36 | Tumis | Walmart | 101617310 |
| 37 | wnagjiling | Walmart | 102875085 |
| 38 | xiaokeshangmao's Store | Walmart | 102793478 |
| 39 | xiayitiaoshangmao's Store | Walmart | 102792241 |
| 40 | Xigkun jiaju | Walmart | 101218795 |
| 41 | xuxinyu | Walmart | 102916571 |
| 42 | yangxiaoqiang | Walmart | 101632686 |
| 43 | yeyongStudio | Walmart | 102775400 |
| 44 | DISMISSED | DISMISSED | DISMISSED |
| 45 | ZhengYaoYao | Walmart | 101664844 |
| 46 | zhongming1974827 | Walmart | 102485468 |
| 47 | zhongyuandianzishangwu's Store | Walmart | 102793672 |
| 48 | zhuangliuxin | Walmart | 102803302 |
| 49 | AsdasqqasPP | Temu | 634418222239249 |
| 50 | Celie good | Temu | 634418224475907 |
| 51 | Hodvenza | Temu | 634418223626692 |
| 52 | HOME YFXQ | Temu | 634418223570102 |
| 53 | Household TK | Temu | 634418222782227 |
| 54 | Lxfgthaaa | Temu | 634418224661375 |
| 55 | PWZ Art painting | Temu | 634418223809274 |
| 56 | Sunny Shoppp | Temu | 634418224364448 |
| 57 | Sveoplolace | Temu | 634418222799470 |
| 58 | tmlHB | Temu | 634418223759379 |
| 59 | Wang Zhenmei | Temu | 634418221152605 |
| 60 | xVstesewryep | Temu | 634418222798723 |
| 61 | yihuiquanxi | Temu | 634418220923158 |

Civil Action No. 26-cv-3575

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached

was received by me on *(date)* 08/12/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

✔ Other *(specify)*: On May 21, 2026, someone working under my supervision served Defendants via email, including a URL with true and correct copies of the Complaint along with all exhibits, and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On August 13, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/22/2026

/s/Shengmao Mu
*Server's signature*

Shengmao Mu, Attorney
*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc: